

Tuesday, August 12, 2014

No. 14–0764/AF. U.S. v. Michael L. Mitchell. CCA 38254. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 2, 2014.

